IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RODNEY HUMPHREY, :
:
      **Plaintiff** :
:
v. : 3:21-CV-1509
: (JUDGE MARIANI)
CREDITORS SOLUTION, INC., :
CREDITORS SOLUTIONS :
RECOVERY, INC.; ERICA GOODLEY; :
MALACHI KIRBY; BILLY KIRBY; and :
REGINALD GREENE :
:
      **Defendants** :

## ORDER

**AND NOW, THIS _7th_ DAY OF DECEMBER, 2022,** upon consideration of Plaintiff Rodney Humphrey's Motion for Default Judgment (Doc. 16), in accordance with the accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Motion (Doc. 16) is **GRANTED**.

2. Default Judgment is hereby entered in **FAVOR** of Plaintiff Rodney Humphrey and **AGAINST** Defendants Creditors Solution, Inc., Creditors Solution Recovery, Inc., Erica Goodley, Malachi Kirby, Billy Kirby, and Reginald Greene, in the amount of $1,000.

3. The Clerk of Court is directed to **CLOSE** the above-captioned action.

                                                                Robert D. Mariani
                                                 United States District Judge